IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-03622-MEH

JULIE REYNOLDS,

    Plaintiff,

v.

CHERRY HILLS COUNTRY CLUB,

    Defendant.

---

**CHERRY HILLS COUNTRY CLUB'S <u>UNOPPOSED</u> MOTION FOR LEAVE TO RESTRICT PUBLIC ACCESS (LEVEL 1) TO ITS UNREDACTED MOTION FOR SUMMARY JUDGMENT AND CERTAIN EXHIBITS THERETO (DOC. NO. 27)**

---

Pursuant to D.C.COLO.L.CivR 7.2, Defendant Cherry Hills Country Club ("CHCC" or "Defendant"), through undersigned counsel, respectfully moves this Court for an Order restricting public access, under Level 1, to its unredacted Motion for Summary Judgment and certain Exhibits thereto (Doc. No. 27). In support thereof, CHCC states as follows:

### CONFERRAL CERTIFICATE PURSUANT TO D.C.COLO.LCivR 7.1

Undersigned counsel conferred with Ms. Reynolds' counsel regarding this Motion, who confirmed that Plaintiff does not oppose this Motion to Restrict or the relief sought herein.

### STATEMENTS PURSUANT TO D.C.COLO.LCivR 7.2(c)

1.     Contemporaneously with this Motion to Restrict, CHCC filed a redacted copy of its Motion for Summary, with certain redacted exhibits.

1

2.      Additionally, CHCC files this Motion to Restrict seeking to restrict public access to the following filings in connection with CHCC's Motion for Summary Judgment (Doc. No. 27), including:

  a. Defendant's Motion for Summary Judgment (Doc. 27)
  b. Exhibit A – Reynolds Deposition (Doc. 27-1)
  c. Exhibit D – CHCC Coworker Manual (Doc. 27-4)
  d. Exhibit E – Kaplan Deposition (Doc. 27-5)
  e. Exhibit J – Gervasini Deposition (Doc. 27-10)
  f. Exhibit K – CHCC Response to Interrogatory No. 4 (Doc. 27-11)
  g. Exhibit L - Strothers Affidavit (Doc. 27-12)
  h. Exhibit M – Ogden Deposition (Doc. 27-13)
  i. Exhibit R – 2016 HotSchedules (Doc. 27-18)
  j. Exhibit V – August 10, 2016 Notes (Doc. 27-22)
  k. Exhibit W – Mueller Deposition (Doc. 27-23)
  l. Exhibit Y – February 24, 2017 Kaplan Email (Doc. 27-25)
  m. Exhibit Z - 2017 HotSchedules (Doc. 27-26)
  n. Exhibit AA – CHCC Hostess Training (Doc. 27-27)
  o. Exhibit CC – Holst Deposition (Doc. 27-29)
  p. Exhibit DD – March 3, 2017 Kaplan Email (Doc. 27-30)
  q. Exhibit GG – Dani Deposition (Doc. 27-33)
  r. Exhibit HH – Dani Disciplinary Records (Doc. 27-34)
  s. Exhibit II – Erika Disciplinary Records (Doc. 27-35)

       t. Exhibit JJ – Cailee Disciplinary Record (Doc. 27-36)

       u. Exhibit KK – Juliana Disciplinary Records (Doc. 27-37)

       v. Exhibit LL – Andrea Disciplinary Records (Doc. 27-38)

3. The parties stipulated to the entry of a Protective Order in this case that was entered on May 28, 2021 (Doc. 18). In that Stipulated Protective Order, the parties agreed that, if it is critical that the Court review materials designated as Confidential, the party seeking the restriction shall file the document containing Confidential Material as a restricted document and file an appropriate motion under D.C.COLO.L.Civ.R. 7.2 within 14 days of the filing.

4. With respect to Exhibits D (Doc. 27-4) and AA (Doc. 27-27) above, (respectively the CHCC Coworker Manual and CHCC Hostess Training), the interests to be protected include CHCC's nonpublic and proprietary information and trade secrets regarding its know-how, training, operations, and processes.

5. With respect to Exhibits D (Doc. 27-4) and AA (Doc. 27-27), no alternative to restriction is practicable because the entire document would be Confidential Material under the Stipulated Protective Order.

6. With respect to the remaining documents (CHCC's Motion for Summary Judgment and Exs. A, E, J, K, L. M, R, V, W, Y, Z, CC, DD, GG, HH, II, JJ, KK and LL), the interests to be protected are the CHCC's former employees' privacy interests in their disciplinary records. In this case, Plaintiff has argued that she was treated less favorably than similarly situated employees under similar circumstances. These documents contain the full names and disciplinary records of former CHCC employees.

7. With respect to these remaining documents, CHCC has filed them with the employees' last names redacted. However, the unredacted versions of these documents, showing the former employees' last names and connecting them to their disciplinary records, remain relevant to the discussion of Ms. Reynolds' disputed claim of favorable treatment of similarly situated employees.

8. If access to these documents is not restricted, CHCC's ability to assert or maintain claims of confidentiality over the contents pursuant to the Stipulated Protective Order will be impaired. Moreover, the disciplinary history of CHCC's former employees, who are not parties to this case, would become a matter of public record.

9. This Motion requests the lowest available level of public access restriction under this Court's Local Rules of Practice – a Level 1 restriction. D.C.COLO.LCivR 7.2(b).

10. Further, to the extent possible, CHCC filed all non-confidential material without redactions and seeks a restriction only for CHCC's nonpublic and proprietary information and information related to CHCC's former employees' disciplinary records. Therefore, CHCC's seeks relief narrowly tailored to these particular issues.

## CONCLUSION

Defendant Cherry Hills Country Club respectfully requests this Court grant this Motion to Restrict and order Defendant's Motion for Summary Judgment (unredacted) and certain Exhibits thereto be designated as Level 1 Restricted Documents pursuant to D.C.COLO.LCivR 7.2(b).

Respectfully submitted this 1st day of December, 2021.

**KELLY LAW PARTNERS, LLC**

*/s/ Chanda M. Feldkamp*
Chanda M. Feldkamp
William J. Kelly III
501 South Cherry Street, Suite 1100
Denver, CO 80246
Phone: (720) 236-1800
Fax: (720) 236-1799
Email:  wkelly@kellylawpartners.com
            cfeldkamp@kellylawpartners.com

*Attorneys for Defendant Cherry Hills Country Club*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of December, 2021, a true and correct copy of the foregoing was filed via CM/ECF and served on the following:

    Rachel E. Ellis
    LIVELIHOOD LAW, LLC
    3401 Quebec Street, Suite 6009
    Denver, CO 80207
    *Attorneys for Plaintiff*

*s/Courtney Richardson*
Courtney Richardson